AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Filed _____ 11/16/09

Clerk, U. S. District Court
Western District of Texas

By _____
Deputy

| | |
|---|---|
| United States of America<br>v.<br><br>Eduardo ACOSTA-Leal<br><br>_____<br>Defendant(s) | )<br>)<br>)  Case No.  SA-09-1037M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 14, 2009_____ in the county of _____Bexar_____ in the _____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code<br>Section 922 (g)(5) | Illegal possession of a firearm while being an alien legally in the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Hernández, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: _____11/16/2009_____

_____
Judge's signature

City and state: _____San Antonio, Texas_____

Nancy Stein Nowak, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, being duly sworn does depose and say:

That I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed for over six years. Prior to my employment with ATF, I was employed by the United States Border Patrol for a period of five years. During the last eleven years, I have conducted and participated in investigations concerning legal and illegal aliens in possession of firearms. As part of my training and experience, I know that it is unlawful for an alien to be in possession of a firearm if the subject is not in the United States for legal sporting purposes.

In February of 2009, ICE Special Agent Jonathan Morgan and I opened an investigation on Manuel BAUTISTA regarding numerous suspicious firearms purchases. During the investigation, agents identified two Mexican national brothers identified as Eduardo ACOSTA-Leal and Cesar ACOSTA-Leal as possible suspects in this investigation. During the investigation, agents observed that after BAUTISTA would purchase several firearms at local San Antonio, Texas gun shows, BAUTISTA would be visited by Eduardo ACOSTA-Leal. On one occasion in April of 2009, agents observed Eduardo ACOSTA-Leal's 1998 Ford Van Mexican LP# SFP6726 backed up to Manuel BAUTISTA's garage as if it was being loaded.

In October of 2009, ICE Special Agent Jonathan Morgan and I interviewed Manuel BAUTISTA in regards to his suspicious firearms purchases. BAUTISTA admitted to straw purchasing over two hundred firearms for Eduardo ACOSTA-Leal starting in the year 2005 to the present.

Agents learned that on November 14, 2009, Eduardo ACOSTA-Leal would be coming to San Antonio, Texas to attend and purchase firearms at the SAXET gun show. On this date, agents observed Manuel BAUTISTA and Eduardo ACOSTA-Leal purchase several firearms all from unlicensed dealers. During several of the transactions your affiant and other agents working with me observed that Eduardo ACOSTA-Leal would handle the firearms and then would give Manuel BAUTISTA the money to purchase the firearms.

After Manuel BAUTISTA and Eduardo ACOSTA-Leal left the gun show, agents established a surveillance at Manuel BAUTISTA's residence located at 775 Linda Lou, San Antonio, Texas. After a couple of hours, Eduardo ACOSTA-Leal and his juvenile son arrived at the residence in the above mentioned Ford Van. Eduardo ACOSTA-Leal backed his van up to the garage and was working in the garage for approximately one and a half hours. Eduardo ACOSTA-Leal and his son then left the residence.

Believing that Eduardo ACOSTA-Leal had just concealed firearms in his van, I had a marked San Antonio Police unit conduct a traffic stop on the vehicle. Once the vehicle was stopped I walked up the driver's side of the vehicle with SAPD Officer O. Omungo. For officer safety purposes, I asked Eduardo ACOSTA-Leal in the Spanish language if there were any firearms in the vehicle. Eduardo ACOSTA-Leal stated yes. The vehicle was subsequently

searched and was found to contain the following firearms and ammunition secreted in a natural compartment in the rear fenders of the vehicle.

a.  Berreta Model 686 Ringneck, 12 gauge shotgun, SN# PF1111;
b.  Thompson Center Arms, Model Encore, 7mm-08, rifle SN# 56374;
c.  Glock, Model 17, 9mm, Semi Automatic, Pistol, SN# LZ5660;
d.  Glock, Model 17, 9mm, Semi Automatic, Pistol, SN# EVX500US;
e.  Benelli, Model Super Black Eagle, 12 gauge Shotgun, SN# U233184;
f.  Bersa, Model Thunder, .380 caliber, Semi Automatic, Pistol, SN# A05895;
g.  Marlin, Model 882L, .22 caliber, Rifle, SN# 06458232;
h.  Sig Saur, Model Mosquito, .22 caliber, Semi Automatic, Pistol, SN# A034223;
i.  Seven 1 lb bottles of smokeless black powder; and
j.  30 boxes of assorted ammunition.

Your affiant confirmed that Eduardo ACOSTA-Leal was legally admitted into the United States on November 13, 2009, with his B1/B2 Visa for pleasure or business.

Your affiant confirmed that the firearms mentioned above were not manufactured in the state of Texas and therefore traveled in interstate commerce. Based on the above mentioned facts, your affiant believes probable cause exists for the issuance of an arrest warrant for the person known as Eduardo ACOSTA-Leal, for violation of 18 USC (g)(5)(B), alien legally in the United States in possession of a firearm. A B1/B2 visa is a non immigrant visa.

Joshua Hernandez
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

**SUBSCRIBED AND SWORN** to before me on this 16th day of November, 2009.

UNITED STATES MAGISTRATE JUDGE